UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RONALD RAINES, individually and as Representative of the Estate of Donna Raines, and DONNA RAINES, deceased,, <br><br> Plaintiffs, <br><br> v. <br><br> ETHICON INC., and JOHNSON & JOHNSON, <br><br> Defendants. | No. 4:20-cv-05025-SMJ <br><br> **ORDER DISMISSING CASE** |

On March 30, 2020, the parties filed a stipulated motion to dismiss without prejudice, ECF No. 13. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Without Prejudice, **ECF No. 13**, is **GRANTED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 31st day of March 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

\
ORDER DISMISSING CASE – 2